In the Matter of EDWARD H. BACKES, an attorney and counsellor at law.

Argued September 10, 1956.

For the order: *Mr. Frederick C. Vonhof.*

For the respondent: *Mr. Richard F. Green.*

September 24, 1956. Respondent suspended from the practice of law for a period of one year and until further order. Opinion reported at 22 *N. J.* 212.

In the Matter of EDWARD P. VIGNONE, an attorney at law.

Argued October 22, 1956.

For the order: *Mr. Charles W. Broadhurst.*

October 22, 1956. Name of respondent stricken from the roll of attorneys at law.